FILED
October 11, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)   Case No. 2:07-cr-437 WBS
            Plaintiff, )
v. )   ORDER FOR RELEASE
)   OF PERSON IN CUSTODY
Andrew Sims, )
)
            Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release _Andrew Sims_ Case _2:07-cr-437 WBS_ from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_\_  Release on Personal Recognizance

    \_\_  Bail Posted in the Sum of _____

    _X_  Unsecured bond in the amount of $50,000 co-signed by defendant's father.

    \_\_  Appearance Bond with 10% Deposit

    \_\_  Appearance Bond secured by Real Property

    \_\_  Corporate Surety Bail Bond

    _X_  (Other) _PTS conditions/supervision;_

Issued at _Sacramento, CA_ on _10/11/07_ at _2:45 p.m._

By _____
Kimberly J. Mueller,
United States Magistrate Judge