```
1  SHARI RUSK, Bar #170313
   ATTORNEY AT LAW
2  1710 BROADWAY, SUITE 111
   Sacramento, California 95818
3  Telephone: (916) 804-8656

4  Attorney for Defendant
   Andrew Sims
5
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. CR. S.07-437 WBS |
|---|---|
| Plaintiff, | ) |
| | ) **Stipulation to Continue Status** |
| v. | ) **Conference &** ~~**Proposed**~~ **Order** |
| ANDREW SIMS | ) Date: January 22, 2008 |
| | ) Time: 8:30 a.m. |
| Defendant. | ) Court: Hon. William B. Shubb |
| _____ | ) |

Defendant, Andrew Sims, by and through his undersigned counsel and the United States, by and through Assistant United States Attorney Michael Beckwith, hereby agree and stipulate that the status conference previously scheduled for December 3, 2007 should be re-set to January 22, 2008 at 8:30 a.m., and that date is available with the Court.

The parties agree that the status conference should be continued to allow counsel sufficient time to investigate, prepare and continue negotiations.

///

///

Time should be excluded for preparation of counsel under 18 U.S.C. § 3161(H)(8)(b)and pursuant to local code T4.

Respectfully submitted,

Dated: November 30, 2007
/s/ Shari Rusk
Shari Rusk
Attorney for Defendant
Andrew Sims

Dated: November 30, 2007
/s/ Mike Beckwith
Michael Beckwith
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated:   December 5, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2