SHARI RUSK, Bar #170313
ATTORNEY AT LAW
1710 BROADWAY, SUITE 111
Sacramento, California 95818
Telephone: (916) 804-8656

Attorney for Defendant
Andrew Sims

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR. S.07-437 WBS |
| Plaintiff, | |
| v. | **Stipulation to Continue Status Conference and Sentencing Date & Proposed Order** |
| ANDREW SIMS, et. al. | |
| Defendants. | Date: August 11, 2008<br>Time: 8:30 a.m.<br>Court: Hon. William B. Shubb |

Defendant, Andrew Sims, by and through his undersigned counsel and defendant Daniel Sims, by and through his counsel, and the United States, by and through Assistant United States Attorney Michael Beckwith, hereby agree and stipulate that the status conference and sentencing previously scheduled for June 9, 2008, should be re-set to August 11, 2008 and that date is available with the Court.

The parties agree that the status conference should be continued to allow counsel sufficient time to investigate, prepare and continue negotiations. Time should be excluded for preparation of counsel under 18 U.S.C. § 3161(H)(8)(b) and pursuant to local code T4.

```
                              Respectfully submitted,

                              /s/ Shari Rusk
Dated: June 4, 2008           Shari Rusk
                              Attorney for Defendant
                              Andrew Sims


Dated: June 4, 2008           /s/ Donald Dorfman
                              Donald Dorfman
                              Attorney for Daniel Sims



                              /s/ Mike Beckwith
Dated: June 4, 2008           Michael Beckwith
                              Assistant United States Attorney
```

**ORDER**

IT IS SO ORDERED.

Dated:  June 9, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2