McGREGOR W. SCOTT
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2797

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR. S-07-437 WBS |
| Plaintiff, ) | |
| ) | STIPULATION AND [~~PROPOSED~~] ORDER |
| ) | CONTINUING STATUS CONFERENCE AND |
| v. ) | EXCLUDING TIME |
| ) | |
| ANDREW WESLEY SIMS, ) | |
| ) | |
| Defendants. ) | Hon. William B. Shubb |

The parties request that the status conference currently set for August 11, 2008, be continued to August 25, 2008, and stipulate that the time beginning August 11, 2008, and extending through August 25, 2008, should be excluded from the calculation of time under the Speedy Trial Act.  The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for each defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4.

///

1  The government is in the process of considering new evidence
2  regarding the defendant's involvement in the charged offenses.
3  The parties will need time to discuss this evidence and consider
4  various courses of action.  The parties stipulate and agree that
5  the interests of justice served by granting this continuance
6  outweigh the best interests of the public and the defendants in a
7  speedy trial.  18 U.S.C. § 3161(h)(8)(A).

8
9                                      Respectfully Submitted,

10                                     McGREGOR W. SCOTT
                                       United States Attorney
11
12 Dated: August 8, 2008          By: /s/ Michael M. Beckwith
                                      MICHAEL M. BECKWITH
13                                    Assistant U.S. Attorney

14
   Dated: August 8, 2008          By: /s/ Shari Rusk
15                                    SHARI RUSK
                                      Attorney for defendant
16                                    Andrew Wesley Sims

17
18
19
20
21
22
23
24
25
26
27
28

1 **<u>ORDER</u>**

2      The status conference in case number CR. S-07-0437 WBS,
3 currently set for August 11, 2008, is continued to August 25,
4 2008 at 8:30 a.m., and the time beginning August 11, 2008, and
5 extending through August 25, 2008, is excluded from the
6 calculation of time under the Speedy Trial Act.  The Court finds
7 that interests of justice served by granting this continuance
8 outweigh the best interests of the public and the defendants in a
9 speedy trial.  18 U.S.C. § 3161(h)(8)(A).

11 IT IS SO ORDERED.

14 Dated:   August 11, 2008

        _____
        WILLIAM B. SHUBB
        UNITED STATES DISTRICT JUDGE