McGREGOR W. SCOTT
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I St., Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2729

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. S-07-437 WBS |
| Plaintiff, | |
| v. | MOTION TO DISMISS INDICTMENT AND [~~PROPOSED~~] ORDER |
| ANDREW WESLEY SIMS, | |
| Defendant. | |

    Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, Plaintiff, United States of America, by and through its undersigned attorney, moves this Court for an order dismissing the indictment against Andrew Wesley Sims in Case No. S-07-437 WBS, filed on September 27, 2007.  The two-count indictment charges the defendant with violating 21  U.S.C. §§ 846 and 841(a)(1) – Conspiracy to Manufacture Marijuana and Manufacturing Marijuana.

    This motion is made in the interest of justice in light of evidence discovered post indictment regarding the defendant's participation in the conspiracy to manufacture marijuana and his actual involvement in the cultivation of the marijuana at issue in this case.

The defendant is currently out of custody under the supervision of a Pretrial Services Officer.

DATE: August 21, 2008          McGREGOR W. SCOTT
                               United States Attorney


                         By:   /s/ Michael M. Beckwith
                               MICHAEL M. BECKWITH
                               Assistant U.S. Attorney



**O R D E R**


The indictment in this case is hereby DISMISSED as against defendant ANDREW WESLEY SIMS only.

DATED:   August 22, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE